**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| LAURA A. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-149- |
| CAMERON C. RIDENOUR and | ) |
| RELIABLE RECOVERY SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants, Cameron C. Ridenour and Reliable Recovery Services, Inc., by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby submit their Notice of Removal of this cause of action from the Allen County Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and in support thereof, state:

1.      On or about September 3, 2019, Plaintiff filed a civil action against Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc. in the Allen County Superior Court for the State of Indiana, under Cause No. 02D02-1909-CT-000483 and styled *Laura A. Moore v. Cameron C. Ridenour and Reliable Recovery Services, Inc.* A true and accurate copy of the complaint and summons as to Cameron C. Ridenour and Reliable Recovery Services, Inc. are attached hereto as part of Exhibit "A".

2.      To date, it is unclear if or when Defendant Cameron C. Ridenour received service of process with regard to this litigation

3.      To date, it is unclear if or when Defendant Reliable Recovery Services received service of process with regard to this litigation.

4.      Notwithstanding the fact that Plaintiff may have failed to complete service of process on Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc., on or about December 9, 2019, Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc. filed an Appearance of Counsel. A copy of Defendants' Appearance is attached hereto as part of Exhibit "A".

5.      On or about December 9, 2019, Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc. filed their Answer and Affirmative Defenses to Plaintiff's Complaint for Damages. A copy of Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint for Damages is attached hereto as part of Exhibit "A".

6.      This litigation involves a motor vehicle accident which allegedly occurred on or about September 13, 2017. *See Plaintiff's Complaint for Damages;* Exhibit "C".

7.      Plaintiff, Laura A. Moore, is a resident and citizen of the State of Indiana.

8.      Defendant, Cameron C. Ridenour, is a resident and citizen of the State of Ohio.

9.      Defendant, Reliable Recovery Services, Inc., is a foreign corporation incorporated and organized under the laws of the Illinois with its principal place of business in Joliet, Will County, Illinois.

10.      Based on the respective citizenship of the parties in this matter, complete diversity exists in this case.

11.      On March 9, 2020, Plaintiff issued a settlement demand to Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc. in the amount of $125,000. A copy of Plaintiff's settlement demand letter is attached hereto as Exhibit "D"

12.      Prior to March 9, 2020, Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc. were not aware that the amount in controversy in this matter would exceed $75,000.

13.     Based on Plaintiff's settlement demand and the allegations contained in Plaintiff's Complaint for Damages, it is clear that Plaintiff's claims exceed the jurisdictional limit of $75,000, exclusive of interest and costs.

14.     Therefore, based on all of the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

WHEREFORE, for the foregoing reasons, Defendants Cameron C. Ridenour and Reliable Recovery Services, Inc., by counsel, respectfully request that the above-enumerated action, now pending against Defendants in the Allen County Superior Court, State of Indiana, be removed to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP


/s/ Rachel O. Webster, Esq.
Keith A. Gaston, Esq., #7069-49
Bruce D. Jones, Esq., #28624-29
Bradley M. Owen, Esq., #32711-32
Rachel O. Webster, Esq., #34251-49

*Counsel for Defendants, Cameron C. Ridenour and Reliable Recovery Services, Inc.*

3077 E. 98th Street, Suite 280
Indianapolis, IN  46280
Ph:     (317) 816-0300
Fax:    (317) 816-1604
E-Mail:  kgaston@cmlawfirm.com
bjones@cmlawfirm.com
bowen@cmlawfirm.com
rwebster@cmlawfirm.com

{Firm/30059/00071/02470247.DOCX }

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was, this 6th day of April 2020, served upon the following counsel by depositing said copy in the United States mail, postage prepaid:

Chad E. Delventhal, Esq.
DELVENTHAL LAW OFFICE LLC
803 S. Calhoun Street, Suite 200
Fort Wayne, IN 46802

/s/ Rachel O. Webster, Esq.

4