## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| LAURA A. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-00149-WCL-SLC |
| CAMERON C. RIDENOUR and | ) |
| RELIABLE RECOVERY SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the joint stipulation of Plaintiff, Laura A. Moore, and Defendants, Cameron C. Ridenour and Reliable Recovery Services, Inc., for an order dismissing with prejudice Plaintiff's action against Defendants, Cameron C. Ridenour and Reliable Recovery Services, Inc. The Court, having reviewed the parties' joint stipulation and being duly advised on the premises, now APPROVES the joint stipulation in all respects.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-entitled cause of action, including all claims therein, by Plaintiff, Laura A. Moore, against Defendants, Cameron C. Ridenour and Reliable Recovery Services, Inc., is hereby dismissed, with prejudice, and with each party bearing its own costs.

SO ORDERED this 30th day of June, 2020.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT JUDGE